IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02038-BNB

KHALIF ABDUL QAWI MUJAHID, also know[n] as
KEITH G. GAFFNEY,

    Plaintiff,

v.

ROBERT WILEY, Warden, et al.,
CHRISTOPHER B. SYNSVOLL, Legal Supervisor,
THERESA MONTOYA, Senior Attorney,
CARMEN DIEHL, Staff Attorney,
LIEUTENANT M. BIER,
LIEUTENANT D. CLARK,
LIEUTENANT LOA,
OFFICER GOFF, and
OFFICER S. TAYLOR,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 9 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motions for leave to proceed pursuant to 28 U.S.C. § 1915 (docket number one) and for leave to amend (docket number one) are dismissed. Plaintiff paid the $350.00 filing fee for this action on October 2, 2008, and, therefore, the § 1915 motion is moot. Plaintiff was ordered to file an amended complaint on November 19, 2008, making the motion to amend unnecessary.

Dated: January 29, 2009

Copies of this Minute Order mailed on January 29, 2009, to the following:

Khalif Abdul Qawi Mujahid,
a/k/a Keith G. Gaffney
Reg. No. 19979-101
US Penitentiary ADX
PO Box 8500
Florence, CO 81226

                                              Secretary/Deputy Clerk