IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02038-ZLW-MJW

KHALIF ABDUL QAUI MUJAHID a/k/a KEITH E. GAFFNEY,

    Plaintiff,

v.

ROBERT WILEY, Warden, et al.,
CHRISTOPHER B. SYNSVOLL, Legal Supervisor,
THERESA MONTOYA, Senior Attorney,
CARMEN DIEHL, Staff Attorney,
LIEUTENANT M. BIER,
LIEUTENANT D. CLARK,
LIEUTENANT LOA,
OFFICER GOFF, and
OFFICER S. TAYLOR,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 6 2009

GREGORY C. LANGHAM
             CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the defendants. If unable to do so, the United States Marshal shall serve a

copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C.

§ 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first

attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P.

4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall

respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated: _Feb 5, 2009_

BY THE COURT:

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-02038-ZLW-MJW

Khalid Abdul Qawi Mujahid
a/k/a Keith G. Gaffney
Reg. No. 19979-101
ADX - Florence
PO Box 8500
Florence, CO 81226

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

Robert Wiley, Christopher Synsvoll,
Theresa Montoya, Carmen Diehl,
Lt. M. Bier, Lt. D. Clark, Lt. Loa,
Officer Goff, and Officer S. Taylor - **WAIVER\***
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

        I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Synsvoll for service of process on Robert Wiley, Christopher Synsvoll, Theresa Montoya, Carmen Diehl, Lt. M. Bier, Lt. D. Clark, Lt. Loa, Officer Goff, and Officer S. Taylor; to Untied States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 1/05/09, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on _2/6/09_.

                    GREGORY C. LANGHAM, CLERK

                    By: _____
                                    Deputy Clerk