IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02038-ZLW-MJW

KHALIF ABDUL QAUI MUJAHID, a/k/a KEITH E.  GAFFNEY,

Plaintiff,

v.

ROBERT WILEY, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the plaintiff's letter motion requesting "relief in his civil action per order" (Docket No. 27) is denied.  Inasmuch as service was not effected on the defendants until April, and thus the defendants have not yet answered or otherwise responded to the complaint, it is premature for this court to schedule and conduct a scheduling conference, settlement conference, and/or other pretrial conferences and hearings.  Such matters will be set in due course as necessary in this matter.

Date: June 11, 2009