IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02038-ZLW-MJW

KHALIF ABDUL QAUI MUJAHID, a/k/a KEITH E. GAFFNEY,

Plaintiff,

v.

ROBERT WILEY, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's letter motion requesting a court order directing that "all legal mail be addressed 'open-in-the-presence-of-inmate-only' and return address be initialed by clerk, or whomever send legal mail" (Docket No. 42) is denied.  The court finds no basis to direct any special handling of the plaintiff's mail from the court.

Date: March 1, 2010